UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10774-RGS

ANIBAL RODRIQUEZ

v.

GARY RODEN, SUPERINTENDENT

ORDER ON MOTION TO PROCEED IN FORMA
PAUPERIS AND FOR A CERTIFICATE OF APPEALABILITY

November 15, 2010

STEARNS, D.J.

The Motion to Take an Appeal In Forma Pauperis is ALLOWED. The Motion for a Certificate of Appealability is DENIED. The petition was dismissed on its merits and not simply because of the failure to exhaust.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE